U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

NOV 24 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MOHAMED KASSIR** | : | **DOCKET NO. 2:08-cv-1227** |
| **VS.** | : | **JUDGE MINALDI** |
| **FEDERAL DETENTION CENTER OAKDALE, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

Mr. Kassir filed a *habeas corpus* petition in the above-captioned matter on August 14, 2008. Doc. 1. On November 21, 2008, the government filed a Motion to Dismiss [Doc. 15], representing to the court that Mr. Kassir has released from institutional detention pursuant to an Order of Supervision.

Accordingly, it is

ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, Mr. Kassir or his counsel shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on November 24, 2008.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE